| | |
|---|---|
| SYLVESTER ALLEN, JR., DEJUANA BIGELOW, TABATHA DAVIS, and FUTURE ALAMANCE, on behalf of themselves and all others similarly situated,<br><br>        *Plaintiffs*,<br>v.<br><br>CITY OF GRAHAM, KRISTI COLE, individually and in her official capacity as Chief of the Graham Police Department, ALAMANCE COUNTY, TERRY S. JOHNSON, individually and in his official capacity as Sheriff of Alamance County, GRAHAM POLICE OFFICERS JOHN and JANE DOES #1-15, and ALAMANCE COUNTY DEPUTY SHERIFFS JOHN and JANE DOES #16-30,<br><br>        *Defendants*. | Case No. 1:20-cv-00997 |

## DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Future Alamance, who is a Plaintiff in the above-captioned action, makes the following disclosures:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes                            (X) No

2. Does party have any parent corporations?

    ( ) Yes                            (X) No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations: N/A

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

        ( ) Yes         (X) No

If yes, identify all such owners: N/A

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

        ( ) Yes         (X) No

If yes, identify entity and nature of interest: N/A

Dated November 12, 2020

        Respectfully submitted,

/s/ *Geraldine Sumter*
Geraldine Sumter (NC Bar No. 11107)
Ferguson Chambers & Sumter, P.A.
309 East Morehead St., Suite 110,
Charlotte, NC 28202
704-375-8461
GSumter@fergusonsumter.com

C. William Phillips*
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018-1405
212-841-1081
cphillips@cov.com

Marianne Spencer*
COVINGTON & BURLING LLP
850 Tenth Street, N.W.
Washington, DC 20001
202-662-5745
mspencer@cov.com

Leah Aden*
Natasha Merle*
Ashok Chandran*
NAACP LEGAL DEFENSE
AND EDUCATION FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
212-965-2200
laden@naacpldf.org
nmerle@naacpldf.org
achandran@naacpldf.org

Morgan Lewis*
COVINGTON & BURLING LLP
415 Mission Street
San Francisco, CA 94105-2533
415-591-7098
mlewis@cov.com

*Attorneys for Plaintiffs*

* Application for appearance pursuant to Local Rule 83.1(d) forthcoming

## CERTIFICATE OF SERVICE

I, Geraldine Sumter, hereby certify that on the 12th day of November, 2020, a true and correct copy of the foregoing was filed on the Court's CM/ECF filing system. An additional copy was mailed to the following defendants, via certified mail with return receipt:

City of Graham
Graham City Attorney's Office
201 South Main Street
Graham, NC 27253

Chief Kristi Cole
Graham Police Department
216 S. Maple St.
Graham, NC 27253

Sheriff Terry S. Johnson
Alamance County Sheriff's Office
109 S. Maple St.
Graham NC 27253

Alamance County
Alamance County Attorney's Office
124 W. Elm St.
Graham, NC 27253.

/s/ Geraldine Sumter

Geraldine Sumter