IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SYLVESTER ALLEN, JR., DEJUANA BIGELOW, TABATHA DAVIS, and FUTURE ALAMANCE, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF GRAHAM, KRISTI COLE, individually and in her official capacity as Chief of the Graham Police Department, ALAMANCE COUNTY, TERRY S. JOHNSON, individually and in his official capacity as Sheriff of Alamance County, GRAHAM POLICE OFFICERS JOHN and JANE DOES #1-15, and ALAMANCE COUNTY DEPUTY SHERIFFS JOHN AND JANE DOES #16-30,<br><br>Defendants. | **Case No.: 1:20-cv-00997** |
| GREGORY DRUMWRIGHT, EDITH ANN JONES, and JUSTICE FOR THE NEXT GENERATION,<br><br>Plaintiffs,<br><br>v.<br><br>TERRY JOHNSON, in his official and individual capacities as Alamance County Sheriff, and MARY KRISTY COLE, in her official and individual capacities as Graham Chief of Police,<br><br>Defendants. | **Case No.: 1:20-cv-00998** |

## DEFENDANTS' CONSENT MOTION TO CONSOLIDATE

Pursuant to F. R. Civ. P 42 (A), all named Defendants in both of the above captioned matters, excluding Graham Police Officers John and Jane Does #1-15 and Alamance County Deputy Sheriffs John and Jane Does #16-30, move this Honorable Court to consolidate these cases. Counsel for the Plaintiffs in both matters consent to the consolidation of these matters. This Motion is based upon the court records and accompanying brief in support of the Motion.

This the 1st day of December, 2020.

> BY: /s/*Patrick H. Flanagan*
> Patrick H. Flanagan, NC Bar #17407
> /s/ *Paul G. Gessner*
> Paul G. Gessner, NC Bar #18213
> *Attorneys for Defendants Alamance County and Terry S. Johnson*
> CRANFILL SUMNER & HARTZOG LLP
> P.O. Box 30787
> Charlotte, NC 28230
> Telephone (704) 332-8300
> Facsimile (704) 332-9994
> phf@cshlaw.com
> pgessner@cshlaw.com

> By: */s/ Anthony J. Biller*
> Anthony J. Biller, NC Bar #24117
> *Attorney for Defendants City of Graham and Kristi Cole*
> MICHAEL BEST & FRIEDRICH, LLP
> 2501 Blue Ridge Road, Suite 390
> Telephone: (984) 220-8750
> Facsimile: (877) 398-5240
> Email: ajbiller@michaelbest.com

By: */s/William L. Hill*
William L. Hill, NC Bar #21095
*Attorney for Defendants Alamance County and Terry S. Johnson*
FRAZIER, HILL & FURY, R.L.L.P.
2307 W. Cone Boulevard, Suite 260
Post Office Drawer 1559
Greensboro, North Carolina 27401
Telephone: (336) 378-9411
Facsimile: (336) 274-7358
whill@frazierlawnc.com

3

Case 1:20-cv-00997-CCE-LPA   Document 19   Filed 12/01/20   Page 3 of 4

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day filed the foregoing *Defendants' Consent Motion to Consolidate* with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following:

| | |
|---|---|
| Geraldine Sumter<br>gsumter@fergusonsumter.com<br><br>Anuja D. Thatte<br>athatte@naacpldf.org<br><br>Clarence W. Phillips<br>cphillips@cov.com<br><br>Marianne Spencer<br>mspencer@cov.com<br><br>Leah Aden<br>laden@naacpldf.org<br><br>Morgan Lewis<br>melewis@cov.com<br><br>*Attorneys for Plaintiffs* | Anthony Biller<br>ajbiller@michaelbest.com<br><br>*Attorney for Defendants City of Graham, NC and Kristi Cole* |
| | William L. Hill<br>whill@frazierlawnc.com<br><br>Clyde B. Albright<br>Clyde.Albright@alamance-nc.com<br><br>*Attorneys for Defendants Alamance County and Terry S. Johnson* |

This the 1st day of December, 2020.

        BY: /s/*Patrick H. Flanagan*
           Patrick H. Flanagan, NC Bar #17407
           *Attorney for Defendants Alamance*
           *County and Terry S. Johnson*
           CRANFILL SUMNER & HARTZOG LLP
           P.O. Box 30787
           Charlotte, NC 28230
           Telephone (704) 332-8300
           Facsimile (704) 332-9994
           phf@cshlaw.com