IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SYLVESTER ALLEN, JR., DEJUANA BIGELOW, TABATHA DAVIS, and FUTURE ALAMANCE, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF GRAHAM, KRISTI COLE, individually and in her official capacity as Chief of the Graham Police Department, ALAMANCE COUNTY, TERRY S. JOHNSON, individually and in his official capacity as Sheriff of Alamance County, GRAHAM POLICE OFFICERS JOHN and JANE DOES #1-15, and ALAMANCE COUNTY DEPUTY SHERIFFS JOHN AND JANE DOES #16-30,<br><br>Defendants. | 1:20-CV-00997 |
| GREGORY DRUMWRIGHT, EDITH ANN JONES, and JUSTICE FOR THE NEXT GENERATION,<br><br>Plaintiffs,<br><br>v.<br><br>TERRY JOHNSON, in his official and individual capacities as Alamance County Sheriff, and MARY KRISTY COLE, in her official and individual capacities as Graham Chief of Police,<br><br>Defendants. | 1:20-CV-00998 |

## ORDER TO CONSOLIDATE

Pursuant to F. R. Civ. P 42 (A), all named Defendants in the above captioned matters, excluding Graham Police Officers John and Jane Does #1-15 and Alamance County Deputy Sheriffs John and Jane Does #16-30, made application to consolidate these cases. Counsel for the Plaintiffs in both cases consent to the consolidation.

After reviewing the court records and the accompanying Brief in Support of Defendants' Motions to Consolidate filed in each case, the Court finds that these matters involve a common question of law or fact and that good cause exists and warrants that these matters be consolidated;

**IT IS NOW ORDERED** that the motions are **GRANTED** and these cases are consolidated for all pre-trial proceedings, and, subject to review closer to trial, for trial. Allen v. City, 20cv997, is designated as the lead case. Henceforth all pleadings, motions, briefs, and other allowable filings shall be filed in that case only.

This the 4th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE