IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Case No.: 1:20-cv-00997

| | |
|---|---|
| SYLVESTER ALLEN, JR. *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CITY OF GRAHAM, *et al.*, <br><br> *Defendants*. | |
| GREGORY DRUMWRIGHT, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> TERRY JOHNSON, individually and in his official capacity as Alamance County Sheriff, *et al.*, <br><br> *Defendants*. | **ALAMANCE COUNTY AND TERRY S. JOHNSON'S MOTION FOR JUDGMENT ON THE PLEADINGS** <br><br> (*ALLEN V. ALAMANCE COUNTY 1:20-CV-00997*) |

NOW COME Defendants, Alamance County and Terry S. Johnson, individually and in his official capacity as Sheriff of Alamance County (hereinafter "Defendants"), by and through the undersigned counsel, and pursuant to Rules 12 (b) and (c) of the Federal Rules of Civil Procedure and Local Civil Rule 7.2, hereby file their Motion for Judgment on the Pleadings. The Defendants' motion should be granted because the pleadings of record, including Plaintiff's Complaint and the Defendants' Answer establish that no

1

material issue of fact exists and the Defendants are entitled to judgement as a matter of law.

WHEREFORE, the Defendants respectfully request that the Defendants' Motion to Dismiss be granted for the reasons set out in the accompanying Memorandum of Law in Support of the Defendants' Motion for Judgment on the Pleadings.

This the 2nd day of March, 2021.

By: /s/ *Paul G. Gessner*
Paul G. Gessner, NC Bar #18213
/s/*Patrick H. Flanagan*
Patrick H. Flanagan, NC Bar #17407
*Attorneys for Defendants Alamance County and Terry Johnson*
CRANFILL SUMNER LLP
P.O. Box 30787
Charlotte, NC 28230
Telephone (704) 332-8300
Facsimile (704) 332-9994
pgessner@cshlaw.com
phf@cshlaw.com

By: */s/William L. Hill*
William L. Hill, NC Bar #21095
*Attorney for Defendants Alamance County, Terry Johnson and Cliff Parker*
FRAZIER, HILL & FURY, R.L.L.P.
2307 W. Cone Boulevard, Suite 260
Post Office Drawer 1559
Greensboro, North Carolina 27401
Telephone: (336) 378-9411
Facsimile: (336) 274-7358
whill@frazierlawnc.com

By: */s/Clyde B. Albright*
Clyde B. Albright, NC Bar #10778
*Attorney for Defendant Terry Johnson*
ALAMANCE COUNTY ATTORNEY

124 West Elm Street  
Graham, NC 27253  
Telephone: (336) 570-4046  
Facsimile: (336) 570-6788  
Clyde.Albright@alamance-nc.com

3

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day filed the foregoing ***Alamance County and Terry S. Johnson's Motion for Judgment on the Pleadings*** with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following:

Geraldine Sumter, gsumter@fergusonsumter.com
Anuja D. Thatte, athatte@naacpldf.org
Ashok Chandran, achandran@naacpldf.org
Clarence W. Phillips, cphillips@cov.com
Marianne Spencer, mspencer@cov.com
Leah Aden, laden@naacpldf.org
Morgan Lewis, mlewis@cov.com
Natasha Merle, nmerle@naacpldf.org
Elizabeth Haddix, ehaddix@lawyerscommittee.org
Daniel K. Siegel, dsiegel@acluofnc.org
Jaclyn A. Maffetore, jmaffetore@acluofnc.org
Kristi L. Graunke, kgraunke@acluofnc.org
Mark Dorosin, mdorosin@lawyerscommittee.org

*Attorneys for Plaintiffs*


Anthony Biller, ajbiller@envisage.law
Adam P. Banks, abanks@envisage.law
William L. Hill, whill@frazierlawnc.com
Clyde B. Albright, Clyde.Albright@alamance-nc.com

*Attorneys for Defendants*

This the 2nd day of March, 2021.

BY: /s/*Paul G Gessner*
Paul G. Gessner, NC Bar #18213
*Attorney for Defendants Alamance County and Terry S. Johnson*
CRANFILL SUMNER LLP
P.O. Box 27808
Raleigh, NC 27611
Facsimile (919) 863-3477
pgessner@cshlaw.com

4