greg@gregdrumwright.com
336-253-4310

Alamance County

Historic Courthouse

Facility Reservation Permit Application

Instructions:

- Application for an Historic Courthouse Facility Reservation Permit and fees must be submitted to the Alamance County Sheriff's Office at least 72 hours prior to the start of the event. The ACSO will provide a response no later than 24 hours prior to the start of the event. If the ACSO does not respond, the application will be deemed approved.
- Facility reservation allows the organizer priority access or access to additional areas at the Alamance County Historic Courthouse for the requested event. The ACSO will endeavor to prevent disruption or interference with the message of the permit holder. However, the ACSO is not authorized to engage in viewpoint-based exclusions and cannot guarantee that any event will be free from disruption.
- It is presumed that organized gatherings will be allowed. However, the Alamance County Sheriff's Office may deny an application for a reservation permit if the applicant or the person on whose behalf the application for permit was made has on prior occasions made material misrepresentations regarding the nature or scope of an event or activity previously permitted or has violated the terms of prior permits issued to or on behalf of the applicant. The ACSO may also deny an application for permit on any of the following grounds:
  - the application for permit (including any required attachments and submissions) is not fully completed and executed;
  - the applicant has not tendered the required processing fee with the application within the times prescribed;
  - the application for permit contains a material falsehood or misrepresentation;
  - the applicant is legally incompetent to contract or to sue and be sued;
  - the applicant or the person on whose behalf the application for permit was made has on prior occasions damaged Alamance County property and has not paid in full for such damage;
  - a fully executed prior application for permit for the same time and place has been received, and a permit has been or will be granted to a prior applicant authorizing uses or activities which do not reasonably permit multiple occupancy of the particular zone or part hereof;
  - the use or activity intended by the applicant would conflict with previously planned programs organized and conducted by Alamance County or the judicial system and previously scheduled for the same time and place;
  - the use or activity intended by the applicant would present an unreasonable danger to the health or safety of the applicant, or other users of the Historic

Courthouse grounds, of law enforcement, county or judicial system employees or of the public.
- A nominal processing fee of $25 will be required at the time of application. Alamance County does not charge a fee for use of the Historic Courthouse grounds.
- If you have applied to another jurisdiction (such as the City of Graham or the North Carolina Department of Transportation), please attach a copy of that application and/or approval if approval has been received.
- If you have not applied to another jurisdiction, please consider whether your event needs approval from another agency. Granting of a Facility Reservation permit is approval for reservation of Historic Courthouse grounds only.
- Access to the sidewalk on the opposite side of the street must be maintained at all times during the event. Additionally, access to the Historic Courthouse must be via crosswalk and these crosswalks must remain clear. Blocking of traffic around the Courthouse Square is not permitted.
- All attendees should be contained within zone reserved. Zones not reserved are presumed to be open for use by others. Event perimeter must NOT exceed the zone closure area. No event equipment or attendees should encroach into the zones along the zone closure. For example, if only a sidewalk closure is requested, attendees must not gather in the roadway or public parking areas.
- If plans for your event change after the submission of your Facility Reservation Application, please contact us immediately.

If the date and/or location requested is not available, or if the requested location is not an appropriate site to conduct the proposed event, the ACSO will contact the applicant and suggest an alternate location if available. Confirmation will be in the form of a permit, issued to the organization and/or person responsible for the event. Submission of an application is NOT approval to hold the planned event. If a reservation is denied, specific reasons for the amendment or denial will be provided.

Today's Date: 10-20-20
Name of Organization: Justice for the Next Generation
Primary Organizer Contact Phone: Rev Greg Drumwright 336-253-4310
Address City State Zip: 4 Clubview Ct. Greensboro NC 27410
Email Address: greg@gregdrumwright.com
Primary Event Category: Select Type of Event

Rally

KC000185

Case 1:20-cv-00997-CCE-LPA Document 67-1 Filed 04/02/21 Page 2 of 5

Name of Event  **I AM CHANGE MARCH**

Courthouse Zones Requested

| Select All That Apply | |
|---|---|
| Sidewalks | ☐ |
| Lawn, Trees, Landscaping | ☐ |
| North Side Steps | ☐ |
| North Side Landing | ☐ |
| Reserved Parking Spaces | ☐ |
| East Side Steps | ☐ |
| East Side Landing | ☐ |
| West Side Steps | ☐ |
| West Side Landing | ☐ |
| South Side Steps | ☐ |
| South Side Landing | ☐ |

Date(s) of Event: 10-31-20

Estimated Attendance: 500-1,000

Basis for Estimate: July 11th, 2020 Event

Event Times (opening) 11 ☑AM ☐PM

(closing) 1 ☐AM ☑PM

Setup Times 8AM ☑AM☐PM to 11 ☑AM ☐PM

Take Down Times 1 ☐AM☑PM to 3 ☐AM ☑PM

Primary On-Site Contact Cell: Rev. Drumwright 336-253-4310 / Brenden 678-777-8203

Mission/Purpose of Event: March / Social Justice Rally

Describe Event

See email to Sheriff Johnson

KC000186

Will streets/sidewalks need to be closed? Yes☑ No☐ If yes, please identify the streets or sidewalks needing closure and the hours for which the closure is requested:

_____

Has application been made to other jurisdictions? Yes☑ No☐ If yes, which jurisdictions?

_____

Will parking spaces need to be closed? Yes☑ No☐ If yes, please identify which parking spaces and the hours for which closure is requested:
(To be determined by Graham PD Dep)

Will any vehicles/trailers need to be located at the event? Yes☑ No☐ If yes, identify where will these vehicles/trailer be parked, the use to which they will be put, and the length of time they will be parked: To be determined

Will banners or signs be used at the event? Yes ☑ No☐ If yes, all banners and signs must be hand-held. No banners or signs are allowed to be mounted to Historic Courthouse property or fixtures.

Will sound amplification be used at the event? Yes☑ No☐ If yes, sound amplification must be battery powered. Electrical generators are not allowed on Historic Courthouse property.

Will the event be advertised? Yes☑ No☐


Everything that I have stated on this application is correct to the best of my knowledge. I have read, understand, and agree to abide by the polices, rules, and regulations listed within the accompanying Historic Courthouse Facility Use Policy as applicable to all plans and requested usage. The permit, if granted, is not transferable and is revocable at any time upon violation of the terms of the Historic Courthouse Facility Use Policy.

Name of Applicant (Print)　　Rev. Greg Drumwright

Signature　　_____

Date　　10-20-20

KC000187

Case 1:20-cv-00997-CCE-LPA   Document 67-1   Filed 04/02/21   Page 4 of 5



# Alamance County Sheriff's Office
## Historic Courthouse
## Facility Reservation Permit
## Response

Event Date:

Event Organizer:

Event Name:

Date and Time Application Received:

Date and Time Application Fee Received:

Date and Time Organizer Notified:

Method of Notification:


Administrator Signature:



Permit:                    Approved                    Denied                    Modified


Reason Denied:




Modifications: