| UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF NORTH CAROLINA | Case No. 1:20CV0997 |
|---|---|
| Name of Plaintiff(s): Allen et al (Justice for Next Generation) VERSUS Name of Defendant(s): Johnson et al. Mediator Name: Thomas C. Duncan Telephone No: 336.274.7243 E-Mail Address: tduncan@duncanmediation.com | **REPORT OF MEDIATOR** *(For Placement on the CM/ECF Docket)* ☐ This is an **Interim Report**. A final report is to be filed after resumption of the mediation |

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:
   ☒ was held on  5/10/21  (date)
   ☐ was NOT held because _____

2. **Attendance**
   ☒ No objection was made on the grounds that any required attendee was absent.
   ☐ Objection was made by _____

3. **Outcome**
   ☒ Complete settlement of the case
   ☐ Conditional settlement or other disposition
   ☐ Partial settlement of the case
   ☐ Recess (*i.e.*, mediation to be resumed at a later date)
   ☐ Impasse
   ☐ Additional Information: N/A

4. **Settlement Filings.**
   (a) The document(s) to be filed to effect the settlement are Stipulation of dismissal of all claims with prejudice
   (b) The person responsible for filing the document(s) is Plaintiffs
   (c) The agreed deadline for filing the document(s) is *

**Submission of Report.** Please submit the completed and signed report by mail to Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if a Consent to Transfer Documents Electronically Form has been submitted, submit the signed report to medclerk@ncmd.uscourts.gov.

I have submitted this completed report with ten (10) days after conclusion of the conference.

_____    5/17/21
Mediator Signature              Date

\* Within 7 calendar days of payment of all amounts payable to Plaintiffs and their counsel under fully executed settlement agreement.