IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SYLVESTER ALLEN, JR., *et al.*,

    *Plaintiffs*,

v.

CITY OF GRAHAM, *et al.*,

    *Defendants*.

1:20-cv-0997-CCE-LPA

## JOINT MOTION FOR STAY PENDING FINALIZATION AND GOVERNMENTAL APPROVALS OF SETTLEMENT

All Plaintiffs and Defendants to the above-captioned action (the "*Allen* Action") (the "*Allen* Parties") jointly move for the entry of the attached proposed Order for a stay of the *Allen* Action pending the finalization and governmental approvals of the settlement reached between them during a mediation held on May 10, 2021. In support of this Motion, the *Allen* Parties state as follows:

1. On May 10, 2021, the *Allen* Parties participated in an attorneys-only mediation before mediator Thomas C. Duncan.

2. Through the mediation, the *Allen* Parties agreed upon terms to settle all claims in the *Allen* Action.

3. The May 10, 2021 mediation and settlement was between the *Allen* Parties only and does not impact the claims in *Drumwright, et al. v. Cole, et al.*, 1:20-CV-00998, which was consolidated with the *Allen* Action.

4. The *Allen* Parties are now working towards a final settlement agreement to

resolve the *Allen* Action. This final settlement agreement also will require approvals from the City Council for the City of Graham and the Alamance County Board of Commissioners.

5. Accordingly, the *Allen* Parties respectfully seek a stay of the *Allen* Action pending the finalization and governmental approvals of their final settlement agreement. The *Allen* Parties also propose to submit a joint status report to the Court regarding such finalization and governmental approvals no later than July 23, 2021.

6. A proposed Order is submitted with this Motion.

WHEREFORE, the *Allen* Parties respectfully move for a stay of the *Allen* Action pending the finalization and governmental approvals of their final settlement agreement.

Dated: May 20, 2021

Respectfully submitted,

| | |
|---|---|
| Leah Aden* | /s/ Geraldine Sumter |
| laden@naacpldf.org | Geraldine Sumter |
| Natasha Merle* | North Carolina Bar No. 11107 |
| nmerle@naacpldf.org | gsumter@fergusonsumter.com |
| Anuja D. Thatte* | Ferguson Chambers & Sumter, P.A. |
| athatte@naacpldf.org | 309 East Morehead Street, Suite 110 |
| Ashok Chandran* | Charlotte, NC 28202 |
| achandran@naacpldf.org | Tel.: (704) 375-8461 |
| NAACP Legal Defense & | |
| Educational Fund, Inc. | C. William Phillips* |
| 40 Rector Street, 5th Floor | cphillips@cov.com |
| New York, NY 10031 | Covington & Burling LLP |
| Tel.: (212) 965-2200 | 620 8th Avenue |
| | New York, NY 10018 |
| Morgan Lewis* | Tel.: (212) 841-1081 |
| melewis@cov.com | |
| Covington & Burling LLP | Marianne Spencer* |
| 415 Mission Street | mspencer@cov.com |
| San Francisco, CA 94105 | Covington & Burling LLP |
| Tel.: (415) 591-6000 | 850 Tenth Street, N.W. |

*Notice of Special Appearance Filed

Washington, DC 20001
Tel.: (202) 662-6000

*Attorneys for Allen Plaintiffs*

/s/ Anthony Biller
Anthony Biller
North Carolina Bar No. 24117
ajbiller@fergusonlaw.com
2601 Oberlin Rd., Suite 100
Raleigh, North Carolina 27608
Tel.: (919) 755-1317

*Attorney for City of Graham Defendants*

/s/ William L. Hill
William L. Hill
North Carolina Bar No. 21095
whill@frazierlawnc.com
Frazier Hill & Fury, RLLP
POD 1559
Greensboro, NC 27402
Tel.: (336) 378-7787

*Attorney for Alamance County Defendants*

3

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day filed the foregoing ***Joint Motion for Stay Pending Finalization and Governmental Approvals of Settlement*** with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following attorneys of record in the consolidated actions:

Anuja D. Thatte, athatte@naacpldf.org
Ashok Chandran, achandran@naacpldf.org
Clarence W. Phillips, cphillips@cov.com
Marianne Spencer, mspencer@cov.com
Leah Aden, laden@naacpldf.org
Morgan Lewis, mlewis@cov.com
Natasha Merle, nmerle@naacpldf.org
*Attorneys for Allen Plaintiffs*

Anthony Biller, ajbiller@envisage.law
Adam P. Banks, abanks@envisage.law
James R. Lawrence, III, jlawrence@envisage.law
*Attorneys for City of Graham Defendants*

William L. Hill, whill@frazierlawnc.com
Clyde B. Albright, clyde.albright@alamance-nc.com
Patrick Houghton Flanagan, phf@cshlaw.com
Paul Gerard Gessner, pgessner@cshlaw.com
*Attorneys for Alamance County Defendants*

Elizabeth Haddix, ehaddix@lawyerscommittee.org
Daniel K. Siegel, dsiegel@acluofnc.org
Jaclyn A. Maffetore, jmaffetore@acluofnc.org
Kristi L. Graunke, kgraunke@acluofnc.org
Mark Dorosin, mdorosin@lawyerscommittee.org
Jennifer N. Nwachukwu, jnwachukwu@lawyerscommittee.org
Christopher A. Knight, cknight@mayerbrown.com
*Attorneys for Plaintiffs in Drumwright, et al. v. Cole, et al., 1:20-CV-00998*

Dated: May 20, 2021

/s/ Geraldine Sumter
Geraldine Sumter
North Carolina Bar No. 11107
gsumter@fergusonsumter.com

*Attorney for Allen Plaintiffs*