| UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF NORTH CAROLINA | Case No. 1:20 CV 0997 |
|---|---|
| Name of Plaintiff(s): Sylvester Allen, Jr., Future Alamance, et al. VERSUS. Name of Defendant(s): Johnson et al. Mediator Name: Thomas C. Duncan Telephone No: 336.274.7243 E-Mail Address: tduncan@duncanmediation.com | Amended REPORT OF MEDIATOR (For Placement on the CM/ECF Docket) ☐ This is an **Interim Report**. A final report is to be filed after resumption of the mediation |

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:
   ☒ was held on __5/10/21__ (date)
   ☐ was NOT held because _____

2. **Attendance**
   ☐ No objection was made on the grounds that any required attendee was absent.
   ☐ Objection was made by _____

3. **Outcome**
   ☐ Complete settlement of the case
   ☐ Conditional settlement or other disposition
   ☒ Partial settlement of the case (Only Allen/Future Alamance claims settled. Drumwright Next Generation not mediated or settled.)
   ☐ Recess (i.e., mediation to be resumed at a later date)
   ☐ Impasse
   ☐ Additional Information: Allen/Future Alamance settlement subject to governmental approvals

4. **Settlement Filings.**
   (a) The document(s) to be filed to effect the settlement are _Stipulation of dismissal of all claims with prejudice (Allen/Future Alamance)_
   (b) The person responsible for filing the document(s) is _Plaintiffs_
   (c) The agreed deadline for filing the document(s) is ✱

**Submission of Report.** Please submit the completed and signed report by mail to Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if a Consent to Transfer Documents Electronically Form has been submitted, submit the signed report to medclerk@ncmd.uscourts.gov.

I have submitted this completed report with ten (10) days after conclusion of the conference.

_____  5/20/21
Mediator Signature     Date

✱ within 7 calendar days of payment of all amounts payable to plaintiffs and their counsel under fully executed settlement agreement